Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard Goldman** | : | Case No. 23−20256−CMB |
| **Kimberly Goldman** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Per 10−5−2023 Conciliation Conf. |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     *AND NOW,* this *The 6th of October, 2023,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20256-CMB |
| Richard Goldman | Chapter 13 |
| Kimberly Goldman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 06, 2023 | Form ID: 309 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Goldman, Kimberly Goldman, 1180 McCully Drive, Pittsburgh, PA 15235-4713 |
| cr | | Commonwealth of Pennsylvania, Department of Revenu, PO Box 280948, Harrisburg, PA 17128-0938 |
| cr | + | Wilkinsburg School District and Borough of Wilkins, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15577733 | + | Affirm, 660 California Street, Floor 12, San Francisco, CA 94108-2501 |
| 15577734 | + | Bank of New York Mellon, Patrick Wesner, Esq., 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 15591369 | + | Borough of North Braddock, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15577735 | + | Borough of Swissvale, Thomas S. Barr, Tax Collector, 7447 Washington Street, Pittsburgh, PA 15218-2581 |
| 15577736 | | Countrywide Home Loans, 450 Countrywide Way, Simi Valley, CA 93065 |
| 15577738 | + | County of Allegheny, John K. Weinstein County Treasurer, 436 Grant Street, Room 108 Courthouse, Pittsburgh, PA 15219-2429 |
| 15577740 | + | Duquesne Light Company, PO Box 371324, Pittsburgh, PA 15250-7324 |
| 15577741 | + | Freidman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15577744 | + | Kratzenberg, Lazzaro, Lawson & Vincent, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 15577746 | + | Maiello, Brungo & Maiello, LLP, 424 S. 27th Street #210, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15577748 | | N. Braddock Boro Tax Collector, Kathleen Evanchec, 416 6th Street, Braddock, PA 15104 |
| 15577750 | + | Peoples Gas Company, 375 N. Shore Drive, Pittsburgh, PA 15212-5871 |
| 15591368 | + | Swissvale Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15577755 | + | US Bank Trust National Association, 7114 E. Stetson Drive, Suite 250, Scottsdale, AZ 85251-3264 |
| 15577757 | + | West Penn Water Authority, 2200 Robinson Blvd, Pittsburgh, PA 15221-1112 |
| 15621197 | + | Wilkinsburg Borough, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15621175 | + | Wilkinsburg School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15568685 | + | Wilkinsburg School District, C/O Maiello Brungo & Maiello, LLP, 424 S. 27th Street #210, Pittsburgh, PA 15203-2379 |
| 15577761 | + | Wilkinsburg School District and, Wilkinsburg Borough, c/o Maiello Brungo Maiello, 424 South 27th St. #210, Pittsburgh, PA 15203-2379 |
| 15577762 | + | Woodland Hills School District, Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 06 2023 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 07 2023 03:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 06 2023 23:55:00 | Woodland Hills School District, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15577732 | + | Email/Text: bncnotifications@pheaa.org | Oct 06 2023 23:55:00 | AES PNC Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15577737 | + | EDI: BANKAMER.COM | Oct 07 2023 03:51:00 | Countrywide Home Loans, Inc., 7105 Corporate Drive, Plano, TX 75024-4100 |

Case 23-20256-CMB    Doc 61    Filed 10/08/23    Entered 10/09/23 00:22:14    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 06, 2023 | Form ID: 309 | Total Noticed: 50 |

| Recipient ID | Flag | Delivery Method | Delivery Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15586316 | + | Email/Text: ebnjts@grblaw.com | Oct 06 2023 23:55:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15577742 | ^ | MEBN | Oct 06 2023 23:51:27 | Friedman Vartolo LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15577743 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 06 2023 23:55:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15569642 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 23:57:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15577745 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 23:56:58 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15577747 | | Email/Text: ml-ebn@missionlane.com | Oct 06 2023 23:55:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348 |
| 15577749 | + | EDI: PENNDEPTREV | Oct 07 2023 03:51:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15577749 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2023 23:56:00 | PA Department of Revenue*, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15570462 | + | EDI: PENNDEPTREV | Oct 07 2023 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15570462 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15588176 | | Email/Text: bkdepartment@rtresolutions.com | Oct 06 2023 23:56:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 15577751 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 06 2023 23:55:00 | Specialized Loan Servicing, 6200 S. Quebec St., Ste 300, Englewood, CO 80111-4720 |
| 15568745 | + | EDI: RMSC.COM | Oct 07 2023 03:51:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15591064 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 06 2023 23:55:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15580826 | | Email/Text: electronicbkydocs@nelnet.net | Oct 06 2023 23:56:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 15577752 | | Email/Text: bknotice@upgrade.com | Oct 06 2023 23:55:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 15577753 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 06 2023 23:56:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15591233 | | Email/Text: BNCnotices@dcmservices.com | Oct 06 2023 23:56:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15591370 | | Email/Text: BNCnotices@dcmservices.com | Oct 06 2023 23:56:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15568684 | ^ | MEBN | Oct 06 2023 23:51:28 | US Bank National Association, C/O Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15577756 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 06 2023 23:56:00 | US Dept. of Education, PO Box 7860, Madison, WI 53707-7860 |
| 15577758 | ^ | MEBN | Oct 06 2023 23:51:40 | Wilikinsburg - Trash, c/o Republic Services, PO Box 9001099, Louisville, KY 40290-1099 |

Case 23-20256-CMB    Doc 61    Filed 10/08/23    Entered 10/09/23 00:22:14    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: 309 | Total Noticed: 50 |

| 15577759 | ^ MEBN | | Oct 06 2023 23:51:40 | Wilkinsburg - Trash, c/o Republic Services, PO Box 9001099, Louisville, KY 40290-1099 |
| 15586354 | + Email/Text: ebnjts@grblaw.com | | Oct 06 2023 23:55:00 | Woodland Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| 15577754 | | US Bank National Association |
| 15577760 | | Wilkinsburg School District |
| cr | *+ | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15577739 | *+ | County of Allegheny*, John K. Weinstein County Treasurer, 436 Grant Street, Room 108 Courthouse, Pittsburgh, PA 15219-2429 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust Series 2007-A bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jenna Anne Ratica | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance jratica@attorneygeneral.gov |
| Jenna Anne Ratica | on behalf of Defendant Pennsylvania Department Of Revenue jratica@attorneygeneral.gov |
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: 309 | Total Noticed: 50 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Joint Debtor Kimberly Goldman lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Plaintiff Richard Goldman lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor Richard Goldman lowdenscott@gmail.com

TOTAL: 12