**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD GOLDMAN<br>KIMBERLY GOLDMAN<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:23-20256<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 02/03/2023 and confirmed on 05/26/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,520.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,520.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,000.00 | |
| 　Trustee Fee | 290.71 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,290.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　REAL TIME RESOLUTIONS INC - AGENT F | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 2043 | | | | |
| 　US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　REAL TIME RESOLUTIONS INC - AGENT F | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 2043 | | | | |
| 　SWISSVALE BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 2150 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 962.10 | 0.00 | 59.58 | 59.58 |
| 　　Acct: P146 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: B257 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 941.71 | 0.00 | 58.33 | 58.33 |
| 　　Acct: 7E54 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6C70 | | | | |
| 　COUNTY OF ALLEGHENY (RE TAX)* | 1,927.82 | 0.00 | 119.40 | 119.40 |
| 　　Acct: J208 | | | | |

| 23-20256 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 5 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | |
| NORTH BRADDOCK BORO (RE) | 2,435.40 | 0.00 | 125.71 | 125.71 |
| Acct: P146 | | | | |
| NORTH BRADDOCK BORO (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILKINSBURG BOROUGH (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILKINSBURG BOROUGH (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7E54 | | | | |
| WILKINSBURG SD & WILKINSBURG BORO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILKINSBURG SD & WILKINSBURG BORO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7E54 | | | | |
| WILKINSBURG SD & WILKINSBURG BORO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILKINSBURG SD & WILKINSBURG BORO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J208 | | | | |
| WOODLAND HILLS SD (N BRADDOCK)(RE | 5,349.61 | 0.00 | 276.09 | 276.09 |
| Acct: P146 | | | | |
| WOODLAND HILLS SD (SWISSVALE)(RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: B257 | | | | |
| PA DEPARTMENT OF REVENUE* | 17,089.28 | 0.00 | 705.60 | 705.60 |
| Acct: 2179 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 700.36 | 0.00 | 0.00 | 0.00 |
| Acct: P146 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: B257 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 1,238.06 | 0.00 | 0.00 | 0.00 |
| Acct: 7E54 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 926.09 | 0.00 | 57.35 | 57.35 |
| Acct: 7E55 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 1,199.68 | 0.00 | 0.00 | 0.00 |
| Acct: 7E55 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6C70 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 3,323.90 | 0.00 | 0.00 | 0.00 |
| Acct: J208 | | | | |
| WOODLAND HILLS SD (N BRADDOCK)(RE | 4,043.65 | 0.00 | 0.00 | 0.00 |
| Acct: P146 | | | | |
| WOODLAND HILLS SD (SWISSVALE)(RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: B257 | | | | |
| WILKINSBURG SD & WILKINSBURG BORO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: E055 | | | | |
| WILKINSBURG BOROUGH (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7E55 | | | | |
| SWISSVALE BOROUGH (REFUSE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: B257 | | | | |
| NORTH BRADDOCK BORO (RE) | 392.33 | 0.00 | 0.00 | 0.00 |
| Acct: P146 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 744.87 | 0.00 | 46.62 | 46.62 |
| Acct: 7E54 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 8,915.67 | 0.00 | 0.00 | 0.00 |
| Acct: 7E54 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 423.00 | 0.00 | 27.33 | 27.33 |
| Acct: 7E55 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 8,144.30 | 0.00 | 0.00 | 0.00 |
| Acct: 7E55 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 3,905.69 | 0.00 | 235.67 | 235.67 |

| 23-20256 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | |
|   Acct: J208 | | | | |
|   WILKINSBURG SD (WILKINSBURG) (RE) | 13,158.26 | 0.00 | 0.00 | 0.00 |
|   Acct: J208 | | | | |
|   WILKINSBURG SD (WILKINSBURG) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6C70 | | | | |
|   WILKINSBURG SD (WILKINSBURG) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6C70 | | | | |
|   WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6C70 | | | | |
|   WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6C70 | | | | |
|   WILKINSBURG BOROUGH (RE) | 2,287.60 | 0.00 | 134.91 | 134.91 |
|   Acct: J208 | | | | |
|   WILKINSBURG BOROUGH (RE) | 7,403.14 | 0.00 | 0.00 | 0.00 |
|   Acct: J208 | | | | |
|   WILKINSBURG BOROUGH (RE) | 112.00 | 0.00 | 6.58 | 6.58 |
|   Acct: 7E55 | | | | |
|   WILKINSBURG BOROUGH (RE) | 3,570.93 | 0.00 | 0.00 | 0.00 |
|   Acct: 7E55 | | | | |
|   WILKINSBURG BOROUGH (RE) | 112.00 | 0.00 | 6.58 | 6.58 |
|   Acct: 7E54 | | | | |
|   WILKINSBURG BOROUGH (RE) | 3,574.10 | 0.00 | 0.00 | 0.00 |
|   Acct: 7E54 | | | | |
|   WILKINSBURG BOROUGH (TRASH) | 1,958.33 | 0.00 | 115.51 | 115.51 |
|   Acct: 7E54 | | | | |
|   WILKINSBURG BOROUGH (TRASH) | 3,612.27 | 0.00 | 0.00 | 0.00 |
|   Acct: 7E55 | | | | |
|   WILKINSBURG BOROUGH (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J208 | | | | |
|   WILKINSBURG BOROUGH (TRASH) | 4,306.22 | 0.00 | 254.03 | 254.03 |
|   Acct: J208 | | | | |
|   WILKINSBURG BOROUGH (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6C70 | | | | |
|   WILKINSBURG BOROUGH (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6C70 | | | | |
|   BANK OF NEW YORK MELLON - INDENTU | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5766 | | | | |
| | | | | 2,229.29 |
| Priority | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   RICHARD GOLDMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   SCOTT R LOWDEN ESQ** | 3,500.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   SCOTT R LOWDEN ESQ** | 3,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
|   AES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 23-20256 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     LVNV FUNDING LLC | 344.45 | 0.00 | 0.00 | 0.00 |
|       Acct: 4339 | | | | |
|     MISSION LANE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     UPGRADE | 8,836.81 | 0.00 | 0.00 | 0.00 |
|       Acct: 2340 | | | | |
|     UPMC HEALTH SERVICES | 696.26 | 0.00 | 0.00 | 0.00 |
|       Acct: 2150 | | | | |
|     US DEPARTMENT OF EDUCATION | 2,352.48 | 0.00 | 0.00 | 0.00 |
|       Acct: 2150 | | | | |
|     WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     LVNV FUNDING LLC | 962.27 | 0.00 | 0.00 | 0.00 |
|       Acct: 5198 | | | | |
|     PA DEPARTMENT OF REVENUE* | 2,183.30 | 0.00 | 0.00 | 0.00 |
|       Acct: 2179 | | | | |
|     LVNV FUNDING LLC | 1,088.06 | 0.00 | 0.00 | 0.00 |
|       Acct: 3945 | | | | |
|     LVNV FUNDING LLC | 1,082.98 | 0.00 | 0.00 | 0.00 |
|       Acct: 7300 | | | | |
|     UPMC PHYSICIAN SERVICES | 358.48 | 0.00 | 0.00 | 0.00 |
|       Acct: 2150 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6151 | | | | |
|     BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     BRIA SOLOMON | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     CATHLEEN GREER | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     CODY HOOVER | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     GREG BURTON | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     JARRED GOLDMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     JEWELL LEDBETTER | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     SEBASTIAN CABALAS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     BONIAL & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                 2,229.29

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 102,758.37 |
| UNSECURED | 17.905.09 |

Date: 11/03/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com